UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **U.S. Bank National Association, as Indenture Trustee on behalf of and with respect to Ajax Mortgage Loan Trust 2015-B, Mortgage-Backed Notes, Series 2015-B** | CIVIL ACTION NO: 2:19-cv-00365-LEW |
| **Plaintiff** | SUGGESTION OF BANKRUPTCY AS TO DEFENDANT, JULIE POLAND A/K/A JULIE R. POLAND |
| vs. | RE: 12 Karen Drive, Gray, ME 04039 |
| **Julie Poland a/k/a Julie R. Poland; and The Bank of New York as Trustee for the Certificateholders CWALT, Inc. Alternative Loan Trust 2006-20CB Mortgage Pass-Through Certificates, Series 2006-20CB** | Mortgage: June 24, 2009 Book 27027, Page 329 |
| **Defendant** | |
| Maine Revenue Services | |
| **Party-In-Interest** | |

NOW COMES the Plaintiff in this matter, U.S. Bank National Association, as Indenture Trustee on behalf of and with respect to Ajax Mortgage Loan Trust 2015-B, Mortgage-Backed Notes, Series 2015-B, through its undersigned counsel, and hereby states that Defendant, Julie Poland a/k/a Julie R. Poland, has filed a Chapter 7 Petition for relief under Title 11 of the United States Code, in the United States Bankruptcy Court for the District of Maine (Portland) on September 4, 2019, under Bankruptcy Petition #19-20451, as referenced on the Docket Report attached hereto as Exhibit A.

Plaintiff is requesting that the Court stay all proceedings until the expiration of the stay or until relief from said stay is granted.

| | |
|---|---|
| Dated: November 7, 2019 | /s/ Reneau J. Longoria, Esq.<br>John A. Doonan, Esq., Bar No. 3250<br>Reneau J. Longoria, Esq., Bar No. 5746<br>Attorneys for Plaintiff<br>Doonan, Graves & Longoria, LLC<br>100 Cummings Center, Suite 225D<br>Beverly, MA 01915<br>(978) 921-2670<br>JAD@dgandl.com<br>RJL@dgandl.com |

## CERTIFICATE OF SERVICE

I, Reneau J. Longoria, Esq., hereby certify that on this 7th day of November, 2019, I served a copy of the above document by electronic notification using the CM/ECF system and/or First Class Mail to the following:

/s/ Reneau J. Longoria, Esq.
John A. Doonan, Esq., Bar No. 3250
Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 225D
Beverly, MA 01915
(978) 921-2670
JAD@dgandl.com
RJL@dgandl.com

Julie Poland a/k/a Julie R. Poland
12 Karen Drive, Unit A
Gray, ME 04039

Julie Poland a/k/a Julie R. Poland
12 Karen Drive, Unit B
Gray, ME 04039

Julie Poland a/k/a Julie R. Poland
P.O. Box 911
Gray, ME 04039

Maine Revenue Services
c/o Kevin J. Crosman, Esq.
Assistant Attorney General
6 State House Station
Augusta, ME 04333