# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| U.S. Bank National Association, as Indenture Trustee on behalf of and with respect to Ajax Mortgage Loan Trust 2015-B, Mortgage-Backed Notes, Series 2015-B | CIVIL ACTION NO: 2:19-cv-00365-LEW |
| Plaintiff | MOTION TO REOPEN CASE |
| vs. | RE:<br>12 Karen Drive, Gray, ME 04039 |
| Julie R. Poland a/k/a Julie Poland; and The Bank of New York as Trustee for the Certificateholders CWALT, Inc. Alternative Loan Trust 2006-20CB Mortgage Pass-Through Certificates, Series 2006-20CB | Mortgage:<br>June 24, 2009<br>Book 27027, Page 329 |
| Defendants | |
| Maine Revenue Services | |
| Party-In-Interest | |

**NOW COMES** the Plaintiff, U.S. Bank National Association, as Indenture Trustee on behalf of and with respect to Ajax Mortgage Loan Trust 2015-B, Mortgage-Backed Notes, Series 2015-B ("U.S. Bank"), by and through undersigned counsel, and hereby moves this Court, for an Order to Reopen the case to allow Plaintiff to file a Motion to Amend Complaint and Amended Complaint. As grounds therefore, Plaintiff states as follows that the Defendant received her Chapter 7 bankruptcy discharge, and that said bankruptcy case has since closed and is no longer active as a result. Plaintiff also states it intends to amend its Complaint to include "foreclosure and sale" language throughout upon said action re-opening.

WHEREFORE, the Plaintiff requests that this Honorable Court reopen the case to allow Plaintiff to file a Motion to Amend Complaint and Amended Complaint

Respectfully submitted this 28th day of April, 2021.

/s/ Reneau J. Longoria, Esq.
John A. Doonan, Esq., Bar No. 3250
Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
(978) 921-2670
JAD@dgandl.com
RJL@dgandl.com

## CERTIFICATE OF SERVICE

I, Reneau J. Longoria, Esq. hereby certify that on this 28th day of April, 2021 I served a copy of the above document by electronic notification using the CM/ECF system and/or First Class Mail to the following:

/s/ Reneau J. Longoria, Esq.
John A. Doonan, Esq., Bar No. 3250
Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
(978) 921-2670
JAD@dgandl.com
RJL@dgandl.com

The Bank of New York as Trustee for the Certificateholders CWALT, Inc. Alternative Loan Trust 2006-20CB Mortgage Pass-Through Certificates, Series 2006-20CB
240 Greenwich Street
New York, NY 10286

Maine Revenue Services
c/o Kevin J. Crosman, Esq., Assistant Attorney General
6 State House Station
Augusta, ME 04333

Julie R. Poland
P.O. Box 911
Gray, ME 04039

Julie R. Poland
P.O. Box 911
Gray, ME 04039