## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| **U.S. Bank National Association, as Indenture Trustee on behalf of and with respect to Ajax Mortgage Loan Trust 2015-B, Mortgage-Backed Notes, Series 2015-B** | CIVIL ACTION NO: 2:19-cv-00365-LEW |
| **Plaintiff** | **AFFIDAVIT OF RENEAU J. LONGORIA AS TO SERVICE OF DEFENDANT, JULIE POLAND A/K/A JULIE R. POLAND** |
| vs. | RE:<br>12 Karen Drive, Gray, ME 04039 |
| **Julie Poland a/k/a Julie R. Poland; and The Bank of New York as Trustee for the Certificateholders CWALT, Inc. Alternative Loan Trust 2006-20CB Mortgage Pass-Through Certificates, Series 2006-20CB** | Mortgage:<br>06/24/2009<br>Book 27027, Page 329 |
| **Defendants** | |

I, Reneau J. Longoria, hereby depose and say as follows:

1. I am a Member of Doonan, Graves & Longoria, LLC, the law firm who represents Plaintiff, U.S. Bank National Association, as Indenture Trustee on behalf of and with respect to Ajax Mortgage Loan Trust 2015-B, Mortgage-Backed Notes, Series 2015-B.

2. Plaintiff's Complaint was filed on August 12, 2019.

3. The Defendant, Julie R. Poland, was served with the subject complaint on August 22, 2019.

4. Proof of Service for Defendant, Julie Poland a/k/a Julie R. Poland was filed on October 4, 2019.

5. Plaintiff filed its Amended Complaint on June 7, 2021. [ECF #20]

6. Plaintiff sent copies of the filed Amended Complaint to all parties of this action via regular and certified mail on June 7, 2021.

7. The Defendant, Julie Poland a/k/a Julie Poland, was served with a copy of the filed

Amended Complaint, via certified mail on June 14, 2021. *See* Exhibit A (true and correct copies of the executed USPS Certified Mail Return Receipts for Defendant, Julie Poland a/k/a Julie R. Poland are attached hereto and incorporated herein).

8. Plaintiff states service of Defendant, Julie Poland a/k/a Julie R. Poland, is now complete, as a copy of the filed Complaint has been sent by certified mail to the addresses listed above, and Plaintiff has received an executed USPS Certified Mail Return Receipt indicating said Amended Complaint was delivered and received by the Defendant, Julie Poland a/k/a Julie R. Poland.

I declare under the penalty of perjury that the foregoing is true and accurate.

Executed on this 23rd day of August, 2021

/s/Reneau J. Longoria, Esq.
Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
(978) 921-2670
RJL@dgandl.com

**COMMONWEALTH OF MASSACHUSETTS**

ESSEX, ss.

On this 23rd day of August, 2021, before me, the undersigned notary public, personally appeared Reneau J. Longoria, Esq. who proved to me through satisfactory evidence of identification to be the person whose name is signed on this document, who swore or affirmed to me that the contents of the document are truthful and accurate to the best of his knowledge and belief.

/s/Sigrit Rodriguez
Notary Public
Commission Expires: October 30, 2028