Return Receipt (Form 3811) Barcode

9590 9266 9904 2184 8299 63

1. Article Addressed to:

Julie Poland a/k/a Julie R. Poland
12 Karen Drive, Unit B
Gray, ME 04039

2. Certified Mail (Form 3800) Article Number

9414 7266 9904 2184 8299 60

PS Form 3811, Facsimile, July 2015

COMPLETE THIS SECTION ON DELIVERY

A. Signature
☐ Agent
☐ Addressee
X

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from Item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type:
☒ Certified Mail

Reference Information

CS/NS

Domestic Return Receipt


EXHIBIT A

Return Receipt (Form 3811) Barcode

9590 9266 9904 2184 8299 70

1. Article Addressed to:

Julie Poland a/k/a Julie R. Poland
P.O. Box 911
Gray, ME 04039

2. Certified Mail (Form 3800) Article Number
9414 7266 9904 2184 8299 77

PS Form 3811, Facsimile, July 2015

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type:
☒ Certified Mail

Reference Information
CS/NS

Domestic Return Receipt

Return Receipt (Form 3811) Barcode

9590 9266 9904 2184 8299 56

1. Article Addressed to:

Julie Poland a/k/a Julie R. Poland
12 Karen Drive, Unit A
Gray, ME 04039

2. Certified Mail (Form 3800) Article Number

9414 7266 9904 2184 8299 53

PS Form 3811, Facsimile, July 2015

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type:
☒ Certified Mail

Reference Information

CS/NS

Domestic Return Receipt