# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| **AJX Mortgage Trust I, a Delaware Trust, Wilmington Savings Fund Society, FSB, Trustee** | CIVIL ACTION NO: 2:19-cv-00365-LEW |
| **Plaintiff** | PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AS TO DEFENDANTS |
| vs. | RE: <br> 12 Karen Drive, Gray, ME 04039 |
| **Julie Poland a/k/a Julie R. Poland; and The Bank of New York as Trustee for the Certificateholders CWALT, Inc. Alternative Loan Trust 2006-20CB Mortgage Pass-Through Certificates, Series 2006-20CB** | Mortgage: <br> June 24, 2009 <br> Book 27027, Page 329 |
| **Defendants** | |

NOW COMES the Plaintiff, **AJX Mortgage Trust I, a Delaware Trust, Wilmington Savings Fund Society, FSB, Trustee** (hereinafter "AJX Mortgage"), pursuant to Fed. R. Civ. P. 55(b), and hereby moves for Default Judgment, following service, as to Defendants, Julie Poland a/k/a Julie R. Poland, and The Bank of New York as Trustee for the Certificateholders CWALT, Inc. Alternative Loan Trust 2006-20CB Mortgage Pass-Through Certificates, Series 2006-20CB, since said Defendants have neither answered nor otherwise appeared in this matter. As grounds therefore, and as further detailed in the accompanying Memorandum in Support of Plaintiff's Motion for Default Judgment, Plaintiff states the following:

1. Plaintiff's Complaint was filed on August 12, 2019. Affidavit of Kelly Hartigan in Support of Motion for Default Judgment, ¶2.

2. The Defendant, Julie R. Poland, was served with the subject complaint on August 22, 2019. *Id.,* ¶3.

3. The Defendant, The Bank of New York as Trustee for the Certificateholders CWALT, Inc.

Alternative Loan Trust 2006-20CB Mortgage Pass-Through Certificates, Series 2006-20CB, was served with the subject complaint on September 5, 2019. *Id.,* ¶4.

4. Proof of Service for Defendant, Julie Poland a/k/a Julie R. Poland, was filed on October 4, 2019. *Id.,* ¶5.

5. Proof of Service for Defendant, The Bank of New York as Trustee for the Certificateholders CWALT, Inc. Alternative Loan Trust 2006-20CB Mortgage Pass-Through Certificates, Series 2006-20CB, was filed on October 4, 2019. *Id.,* ¶6.

6. Pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i), Defendant, Julie Poland a/k/a Julie R. Poland's response to the Complaint was due September 12, 2019. *Id.*, ¶7.

7. Pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i), Defendant, The Bank of New York as Trustee for the Certificateholders CWALT, Inc. Alternative Loan Trust 2006-20CB Mortgage Pass-Through Certificates, Series 2006-20CB's response to the Complaint was due September 26, 2019. *Id.*, ¶8.

8. On September 4, 2019, Defendant, Julie Poland a/k/a Julie R. Poland, filed a Chapter 7 Petition for relief under Title 11 of the United States Code, in the United States Bankruptcy Court for the District of Maine (Portland) under Bankruptcy Petition #19-20451. *Id.*, ¶9.

9. Plaintiff filed a Suggestion of Bankruptcy as to Defendant, Julie Poland a/k/a Julie R. Poland on November 7, 2019. *Id.*, ¶10.

10. On January 21, 2020, Defendant/Debtor filed a Motion to Convert Bankruptcy Case, in regard to Bankruptcy Petition #19-20451, from Chapter 7 to Chapter 12, which the bankruptcy court granted on March 2, 2020. *Id.*, ¶11.

11. On July 14, 2020, Bankruptcy Petition #19-20451 was dismissed. *Id.*, ¶12.

12. On July 17, 2020, Defendant, Julie Poland a/k/a Julie R. Poland, filed a Chapter 7 Petition for relief under Title 11 of the United States Code, in the United States Bankruptcy Court

for the District of Maine (Portland) under Bankruptcy Petition #20-20278. *Id.*, ¶13.

13. On November 5, 2020, the Defendant/Debtor received her Chapter 7 bankruptcy discharge, in Bankruptcy Petition #20-20278. *Id.*, ¶14.

14. On April 28, 2021, Plaintiff filed a Motion to Re-Open Case, as a result of the Defendant/Debtor's bankruptcy petition being closed and no longer active. *Id.*, ¶15.

15. On May 24, 2021, this Honorable Court granted Plaintiff's Motion to Re-Open Case. *Id.*, ¶16.

16. Plaintiff filed a Motion to Amend Complaint on June 4, 2021 [ECF #17], to include "foreclosure and sale" language throughout the Complaint, to remove all counts except Count I, Foreclosure and Sale, as Defendant received a Chapter 7 bankruptcy discharge and has no personal liability for the underlying debt, to include language regarding the action seeking in rem relief only, and to remove Party-in-Interest, Maine Revenue Services as a party to the action. *Id.*, ¶17.

17. Plaintiff filed a Motion to Amend Complaint on June 4, 2021 [ECF #17], to include "foreclosure and sale" language throughout the Complaint, to remove all counts except Count I, Foreclosure and Sale, as Defendant received a Chapter 7 bankruptcy discharge and has no personal liability for the underlying debt, to include language regarding the action seeking in rem relief only, and to remove Party-in-Interest, Maine Revenue Services as a party to the action. *Id.*, ¶18.

18. Plaintiff filed its Amended Complaint on June 7, 2021. [ECF #20] *Id.*, ¶19.

19. The Defendant, Julie Poland a/k/a Julie Poland, was served with a copy of the filed Amended Complaint, via certified mail on June 14, 2021. *Id.*, ¶20.

20. The Defendant, The Bank of New York as Trustee for the Certificateholders CWALT, Inc. Alternative Loan Trust 2006-20CB Mortgage Pass-Through Certificates, Series 2006-20CB,

was served with a copy of the filed Amended Complaint, via certified mail on June 11, 2021. *Id.*, ¶21.

21. The Defendant, Julie Poland a/k/a Julie R. Poland, is not in the military. *Id.,* ¶22.

22. On August 20, 2021, Plaintiff filed a Motion for Entry of Default as to Defendants, Julie Poland a/k/a Julie R. Poland and The Bank of New York as Trustee for the Certificateholders CWALT, Inc. Alternative Loan Trust 2006-20CB Mortgage Pass-Through Certificates, Series 2006-20CB. *Id.*, ¶23.

23. On August 23, 2021, Proof of Service of the Amended Complaint upon the Defendants, Defendants, Julie Poland a/k/a Julie R. Poland and The Bank of New York as Trustee for the Certificateholders CWALT, Inc. Alternative Loan Trust 2006-20CB Mortgage Pass-Through Certificates, Series 2006-20CB was filed. [ECF #22, #23] *Id.*, ¶24.

24. On August 23, 2021, this Court entered Default as to Defendants, Julie Poland a/k/a Julie R. Poland and The Bank of New York as Trustee for the Certificateholders CWALT, Inc. Alternative Loan Trust 2006-20CB Mortgage Pass-Through Certificates, Series 2006-20CB. *Id.*, ¶25.

25. On September 22, 2021, undersigned counsel filed a Motion to Substitute Party Plaintiff from U.S. Bank National Association, as Indenture Trustee on behalf of and with respect to Ajax Mortgage Loan Trust 2015-B, Mortgage-Backed Notes, Series 2015-B to AJX Mortgage Trust I, a Delaware Trust, Wilmington Savings Fund Society, FSB, Trustee. *Id.*, ¶26.

26. On September 22, 2021, this Court granted said Motion to Substitute Party Plaintiff to AJX Mortgage Trust I, a Delaware Trust, Wilmington Savings Fund Society, FSB, Trustee. *Id.*, ¶27.

27. Entry of default judgment against Defendants, Julie Poland a/k/a Julie R. Poland and The Bank of New York as Trustee for the Certificateholders CWALT, Inc. Alternative Loan Trust 2006-20CB Mortgage Pass-Through Certificates, Series 2006-20CB, pursuant to Fed. R. Civ. P 55(b) is proper because Defendants have failed to plead or otherwise defend.

**MEMORANDUM IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT**

This is an action of Foreclosure and Sale, where Plaintiff is moving for Entry of Default Judgment pursuant to Fed. R. Civ. P. 55(b), as to Defendants, Julie Poland a/k/a Julie R. Poland and The Bank of New York as Trustee for the Certificateholders CWALT, Inc. Alternative Loan Trust 2006-20CB Mortgage Pass-Through Certificates, Series 2006-20CB, since said Defendants have neither answered nor otherwise appeared in this matter. In the interests of judicial economy, this Court should grant entry of default judgment as to the aforesaid Defendants and schedule a hearing on the assessment of damages to determine the order of priority and related matters.

As grounds therefore, Plaintiff states the following:

1. **Entry of default and default judgment against Defendants, Julie Poland a/k/a Julie R. Poland and The Bank of New York as Trustee for the Certificateholders CWALT, Inc. Alternative Loan Trust 2006-20CB Mortgage Pass-Through Certificates, Series 2006-20CB, pursuant to Fed. R. Civ. P. 55(b), is proper because said Defendants have failed to plead or otherwise defend.**

Pursuant to Fed. R. Civ. P 55(a), it is within the discretion of the trial court to enter default against a Defendant who "has failed to plead or otherwise defend." *See Schmir v. Prudential Ins. Co. of America,* 220 F.R.D. 4 (1st Cir. 2004) and *Dekom v. New York*, 2013 WL 3095010 (June 18, 2013). Furthermore, "if that failure is shown by an Affidavit, the Clerk must enter the party's default." *See Fed.R.Civ.P. 55(a).* Plaintiff's Complaint was filed on August 12, 2019; the Defendant, Julie Poland a/k/a Julie R. Poland, was served with the subject Complaint on August 22, 2019; the Defendant, The Bank of New York as Trustee for the Certificateholders CWALT, Inc. Alternative Loan Trust 2006-20CB Mortgage Pass-Through Certificates, Series 2006-20CB, was served with the subject

Complaint on September 5, 2019; the Defendant, Julie Poland a/k/a Julie R. Poland, was served with the Amended Complaint via certified mail on June 14, 2021; the Defendant, The Bank of New York as Trustee for the Certificateholders CWALT, Inc. Alternative Loan Trust 2006-20CB Mortgage Pass-Through Certificates, Series 2006-20CB, was served with the Amended Complaint via certified mail on June 11, 2021. As of this date, Defendants have neither answered nor otherwise appeared in this matter. *See* Affidavit of Kelly Hartigan attached hereto. In response to Plaintiff's Motion for Entry of Default dated August 20, 2021, this Court entered default as to Defendants, Julie Poland a/k/a Julie R. Poland, and The Bank of New York as Trustee for the Certificateholders CWALT, Inc. Alternative Loan Trust 2006-20CB Mortgage Pass-Through Certificates, Series 2006-20CB on August 23, 2021.

Plaintiff is now applying for Default Judgment and is hereby requesting a hearing pursuant to Fed. R. Civ. P 55(b)(2) on the assessment of damages to determine the order of priority and related matters, pursuant to Fed. R. Civ. P 55(b)(2). According to said Rule:

> "the court may conduct hearings or make referrals-preserving any federal statutory right to a jury trial-when, to enter or effectuate judgment, its needs to (A) conduct an accounting; (B) determine the amount of damages; (C) establish the truth of any allegation by evidence; or (D) investigate any other matter"

WHEREFORE, Plaintiff respectfully requests that this Honorable Court enter default judgment as to Defendants, Julie Poland a/k/a Julie R. Poland, and The Bank of New York as Trustee for the Certificateholders CWALT, Inc. Alternative Loan Trust 2006-20CB Mortgage Pass-Through Certificates, Series 2006-20CB, and schedule a hearing on the assessment of damages to determine the order of priority and related matters.

DATED: September 27, 2021

/s/Reneau J. Longoria, Esq.
John A. Doonan, Esq., Bar No. 3250
Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
(978) 921-2670
JAD@dgandl.com
RJL@dgandl.com

# CERTIFICATE OF SERVICE

      I, Reneau J. Longoria, Esq. hereby certify that on this 27th day of September, 2021, I served a copy of the above document by electronic notification using the CM/ECF system and/or First Class Mail to the following:

/s/Reneau J. Longoria, Esq.
John A. Doonan, Esq., Bar No. 3250
Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
(978) 921-2670
JAD@dgandl.com
RJL@dgandl.com

Julie Poland a/k/a Julie R. Poland
12 Karen Drive, Unit A
Gray, ME 04039

Julie Poland a/k/a Julie R. Poland
12 Karen Drive, Unit B
Gray, ME 04039

Julie R. Poland
P.O. Box 911
Gray, ME 04039

The Bank of New York as Trustee for the Certificateholders CWALT, Inc. Alternative Loan Trust 2006-20CB Mortgage Pass-Through Certificates, Series 2006-20CB
240 Greenwich Street
New York, NY 10286