## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| **AJX Mortgage Trust I, a Delaware Trust, Wilmington Savings Fund Society, FSB, Trustee** | CIVIL ACTION NO: 2:19-cv-00365-LEW |
| **Plaintiff** | |
| vs. | RE: <br> 12 Karen Drive, Gray, ME 04039 |
| **Julie Poland a/k/a Julie R. Poland; and The Bank of New York as Trustee for the Certificateholders CWALT, Inc. Alternative Loan Trust 2006-20CB Mortgage Pass-Through Certificates, Series 2006-20CB** | Mortgage: <br> June 24, 2009 <br> Book 27027, Page 329 |
| **Defendants** | |

### AFFIDAVIT OF KELLY HARTIGAN IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AS TO DEFENDANTS

I, Kelly Hartigan, hereby depose and state as follows:

1. I am a paralegal at Doonan, Graves & Longoria, LLC, the law firm who represents Plaintiff **AJX Mortgage Trust I, a Delaware Trust, Wilmington Savings Fund Society, FSB, Trustee** ("AJX Mortgage") in this matter. I submit this affidavit in support of Plaintiff's Motion for Default Judgment as to Defendants, Julie Poland a/k/a Julie R. Poland and The Bank of New York as Trustee for the Certificateholders CWALT, Inc. Alternative Loan Trust 2006-20CB Mortgage Pass-Through Certificates, Series 2006-20CB, , pursuant to Fed. R. Civ. P. 55(b).

2. Plaintiff's Complaint was filed on August 12, 2019.

3. The Defendant, Julie R. Poland, was served with the subject complaint on August 22, 2019.

4. The Defendant, The Bank of New York as Trustee for the Certificateholders CWALT, Inc. Alternative Loan Trust 2006-20CB Mortgage Pass-Through Certificates, Series 2006-20CB,

was served with the subject complaint on September 5, 2019.

5. Proof of Service for Defendant, Julie Poland a/k/a Julie R. Poland, was filed on October 4, 2019.

6. Proof of Service for Defendant, The Bank of New York as Trustee for the Certificateholders CWALT, Inc. Alternative Loan Trust 2006-20CB Mortgage Pass-Through Certificates, Series 2006-20CB, was filed on October 4, 2019.

7. Pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i), Defendant, Julie Poland a/k/a Julie R. Poland's response to the Complaint was due September 12, 2019.

8. Pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i), Defendant, The Bank of New York as Trustee for the Certificateholders CWALT, Inc. Alternative Loan Trust 2006-20CB Mortgage Pass-Through Certificates, Series 2006-20CB's response to the Complaint was due September 26, 2019.

9. On September 4, 2019, Defendant, Julie Poland a/k/a Julie R. Poland, filed a Chapter 7 Petition for relief under Title 11 of the United States Code, in the United States Bankruptcy Court for the District of Maine (Portland) under Bankruptcy Petition #19-20451.

10. Plaintiff filed a Suggestion of Bankruptcy as to Defendant, Julie Poland a/k/a Julie R. Poland on November 7, 2019.

11. On January 21, 2020, Defendant/Debtor filed a Motion to Convert Bankruptcy Case, in regard to Bankruptcy Petition #19-20451, from Chapter 7 to Chapter 12, which the bankruptcy court granted on March 2, 2020.

12. On July 14, 2020, Bankruptcy Petition #19-20451 was dismissed.

13. On July 17, 2020, Defendant, Julie Poland a/k/a Julie R. Poland, filed a Chapter 7 Petition for relief under Title 11 of the United States Code, in the United States Bankruptcy Court for the District of Maine (Portland) under Bankruptcy Petition #20-20278.

14. On November 5, 2020, the Defendant/Debtor received her Chapter 7 bankruptcy discharge, in Bankruptcy Petition #20-20278.

15. On April 28, 2021, Plaintiff filed a Motion to Re-Open Case, as a result of the Defendant/Debtor's bankruptcy petition being closed and no longer active. .

16. On May 24, 2021, this Honorable Court granted Plaintiff's Motion to Re-Open Case.

17. Plaintiff filed a Motion to Amend Complaint on June 4, 2021 [ECF #17], to include "foreclosure and sale" language throughout the Complaint, to remove all counts except Count I, Foreclosure and Sale, as Defendant received a Chapter 7 bankruptcy discharge and has no personal liability for the underlying debt, to include language regarding the action seeking *in rem* relief only, and to remove Party-in-Interest, Maine Revenue Services as a party to the action.

18. Plaintiff filed a Motion to Amend Complaint on June 4, 2021 [ECF #17], to include "foreclosure and sale" language throughout the Complaint, to remove all counts except Count I, Foreclosure and Sale, as Defendant received a Chapter 7 bankruptcy discharge and has no personal liability for the underlying debt, to include language regarding the action seeking in rem relief only, and to remove Party-in-Interest, Maine Revenue Services as a party to the action.

19. Plaintiff filed its Amended Complaint on June 7, 2021. [ECF #20]

20. The Defendant, Julie Poland a/k/a Julie Poland, was served with a copy of the filed Amended Complaint, via certified mail on June 14, 2021. .

21. The Defendant, The Bank of New York as Trustee for the Certificateholders CWALT, Inc. Alternative Loan Trust 2006-20CB Mortgage Pass-Through Certificates, Series 2006-20CB, was served with a copy of the filed Amended Complaint, via certified mail on June 11, 2021.

22. The Defendant, Julie Poland a/k/a Julie R. Poland, is not in the military.

23. On August 20, 2021, Plaintiff filed a Motion for Entry of Default as to Defendants, Julie Poland a/k/a Julie R. Poland and The Bank of New York as Trustee for the Certificateholders CWALT, Inc. Alternative Loan Trust 2006-20CB Mortgage Pass-Through Certificates, Series 2006-20CB.

24. On August 23, 2021, Proof of Service of the Amended Complaint upon the Defendants, Defendants, Julie Poland a/k/a Julie R. Poland and The Bank of New York as Trustee for the Certificateholders CWALT, Inc. Alternative Loan Trust 2006-20CB Mortgage Pass-Through Certificates, Series 2006-20CB was filed. [ECF #22, #23]

25. On August 23, 2021, this Court entered Default as to Defendants, Julie Poland a/k/a Julie R. Poland and The Bank of New York as Trustee for the Certificateholders CWALT, Inc. Alternative Loan Trust 2006-20CB Mortgage Pass-Through Certificates, Series 2006-20CB.

26. On September 22, 2021, undersigned counsel filed a Motion to Substitute Party Plaintiff from U.S. Bank National Association, as Indenture Trustee on behalf of and with respect to Ajax Mortgage Loan Trust 2015-B, Mortgage-Backed Notes, Series 2015-B to AJX Mortgage Trust I, a Delaware Trust, Wilmington Savings Fund Society, FSB, Trustee.

27. On September 22, 2021, this Court granted said Motion to Substitute Party Plaintiff to AJX Mortgage Trust I, a Delaware Trust, Wilmington Savings Fund Society, FSB, Trustee.

28. Upon information and belief, the attached payment history records received from our client were made at or near the time of the transactions by, or from information transmitted by someone with personal knowledge, pursuant to Fed. R. Evid. 803(6).

29. Upon information and belief, the attached payment history is kept in the course of a regularly conducted activity by our client, pursuant to Fed. R. Evid. 803(6).

30. Upon information and belief, the making of the attached records are a regular practice of our client's regularly conducted activity for maintaining records, pursuant to Fed. R. Evid.

     803(6).

31. At the requested hearing, Plaintiff will produce a witness from the servicer of the subject loan to testify to the above.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 27th day of September, 2021.

                                                /s/ Kelly Hartigan
                                                Kelly Hartigan

## COMMONWEALTH OF MASSACHUSETTS

ESSEX, ss.

On this 27th day of September, 2021, before me, the undersigned notary public, personally appeared Kelly Hartigan, who proved to me through satisfactory evidence of identification to be the person whose name is signed on this document, who swore or affirmed to me that the contents of the document are truthful and accurate to the best of his/her knowledge and belief.

                                                /s/Reneau J. Longoria, Esq.
                                                Notary Public
                                                Commission Expires: July 24, 2026