

Version: 3.7.5     Server: REDWOOD

**Account**
**Borrower**            Julie Poland
**Co-Borrower**
**Property Address**    12 Karen Dr
**Property City, ST, Zip**  Gray, ME 04039
**Mailing Address**     PO Box 911
**Mailing City, ST, Zip**  Gray, ME 04039-0911
**Mailing Country**     UNITED STATES
**Lender**              AJX Mortgage Trust I, a Delaware Trust, Wilmington Savings Fund Society, FSB, Trustee
**Days Past Due Date**  1994
**Report Date**         9/16/2021
**Payment History:**    Gregory Funding

| Reference | Transaction | Date Received | Date Due | Total | Principal | Interest | Escrow | Other Payments | Reserve | Late Charge Paid | Loan Charges | Interest on Charges | Fees To Lender | Unpaid Interest | Late Charge Added | Days Late | Principal Balance | Escrow Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 24180 | Oth Escrow | 04/03/2015 | | $0.00 | $0.00 | $0.00 | $1,194.83 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | $1,194.83 |
| | Transfer Balance | 04/03/2015 | 03/01/2015 | -$217,738.24 | -$217,738.24 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $217,738.24 | $1,194.83 |
| | RegPmt | 04/30/2015 | 04/01/2015 | $1,081.00 | $299.16 | $377.96 | $358.37 | $0.00 | $0.00 | $0.00 | $45.51 | $0.00 | $0.00 | $0.00 | $0.00 | 29 | $217,439.08 | $1,553.20 |
| PAYMENT | Escrow | 05/29/2015 | | $0.00 | $0.00 | $0.00 | -$1,182.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $217,439.08 | $371.20 |
| | RegPmt | 06/03/2015 | 05/01/2015 | $1,073.00 | $299.68 | $377.44 | $358.37 | $0.00 | $0.00 | $0.00 | $37.51 | $0.00 | $0.00 | $0.00 | $0.00 | 33 | $217,139.40 | $729.57 |
| | RegPmt | 07/02/2015 | 06/01/2015 | $1,073.00 | $300.20 | $376.92 | $358.37 | $0.00 | $0.00 | $27.08 | $10.43 | $0.00 | $0.00 | $0.00 | $27.08 | 31 | $216,839.20 | $1,087.94 |
| | RegPmt | 07/20/2015 | 07/01/2015 | $1,040.00 | $300.72 | $376.40 | $358.37 | $0.00 | $0.00 | $0.00 | $4.51 | $0.00 | $0.00 | $0.00 | $27.08 | 19 | $216,538.48 | $1,446.31 |
| 24180 | Oth Escrow | 07/31/2015 | | $0.00 | $0.00 | $0.00 | $0.13 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $216,538.48 | $1,446.44 |
| PAYMENT | Escrow | 08/13/2015 | | $0.00 | $0.00 | $0.00 | -$842.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $216,538.48 | $604.44 |
| | RegPmt | 08/19/2015 | 08/01/2015 | $1,038.00 | $301.25 | $375.87 | $358.37 | $0.00 | $0.00 | $2.51 | $0.00 | $0.00 | $0.00 | $0.00 | $27.08 | 18 | $216,237.23 | $962.81 |
| PAYMENT | Escrow | 08/20/2015 | | $0.00 | $0.00 | $0.00 | -$1,747.19 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $216,237.23 | -$784.38 |
| PAYMENT | Escrow | 09/03/2015 | | $0.00 | $0.00 | $0.00 | -$48.43 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $216,237.23 | -$832.81 |
| | RegPmt | 09/16/2015 | 09/01/2015 | $1,038.00 | $301.77 | $375.35 | $358.37 | $0.00 | $0.00 | $2.51 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 15 | $215,935.46 | -$474.44 |
| PAYMENT | Escrow | 10/15/2015 | | $0.00 | $0.00 | $0.00 | -$1,681.22 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $215,935.46 | -$2,155.66 |
| | RegPmt | 10/15/2015 | 10/01/2015 | $1,038.00 | $302.29 | $374.83 | $358.37 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2.51 | $0.00 | 14 | $215,633.17 | -$1,797.29 |
| | RegPmt | 11/23/2015 | 11/01/2015 | $1,100.00 | $302.82 | $374.30 | $358.37 | $0.00 | $0.00 | $67.02 | $0.00 | $0.00 | $0.00 | -$2.51 | $27.08 | 22 | $215,330.35 | -$1,438.92 |
| | RegPmt | 12/21/2015 | 12/01/2015 | $1,100.00 | $303.34 | $373.78 | $358.37 | $0.00 | $0.00 | $9.20 | $0.00 | $0.00 | $0.00 | $55.31 | $27.08 | 20 | $215,027.01 | -$1,080.55 |
| | Oth | 01/11/2016 | 01/11/2016 | $1,100.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,100.00 | $0.00 | | $215,027.01 | -$1,080.55 |
| | RegPmt | 02/16/2016 | 01/01/2016 | $1,100.00 | $303.87 | $373.25 | $564.54 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$141.66 | $27.08 | 46 | $214,723.14 | -$516.01 |
| | RegPmt | 03/21/2016 | 02/01/2016 | $300.00 | $304.40 | $372.72 | $564.54 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$941.66 | $27.08 | 49 | $214,418.74 | $48.53 |
| PAYMENT | Escrow | 03/24/2016 | | $0.00 | $0.00 | $0.00 | -$1,680.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $214,418.74 | -$1,631.63 |
| | LateCh | 04/19/2016 | 04/01/2016 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $27.08 | | $214,418.74 | -$1,631.63 |
| | Oth | 05/02/2016 | 05/02/2016 | $500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $500.00 | $0.00 | | $214,418.74 | -$1,631.63 |
| | LateCh | 05/17/2016 | 05/01/2016 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $27.08 | | $214,418.74 | -$1,631.63 |
| | Oth | 06/03/2016 | 06/03/2016 | $500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $500.00 | $0.00 | | $214,418.74 | -$1,631.63 |
| PAYMENT | Escrow | 06/16/2016 | | $0.00 | $0.00 | $0.00 | -$934.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $214,418.74 | -$2,565.63 |
| | LateCh | 06/17/2016 | 06/01/2016 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $27.08 | | $214,418.74 | -$2,565.63 |
| | LateCh | 07/19/2016 | 07/01/2016 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $27.08 | | $214,418.74 | -$2,565.63 |
| | RegPmt | 07/26/2016 | 03/01/2016 | $500.00 | $304.92 | $372.20 | $564.54 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$741.66 | $27.08 | 147 | $214,113.82 | -$2,001.09 |
| | LateCh | 08/17/2016 | 08/01/2016 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $27.08 | | $214,113.82 | -$2,001.09 |
| | LateCh | 09/19/2016 | 09/01/2016 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $27.08 | | $214,113.82 | -$2,001.09 |
| | LateCh | 10/18/2016 | 10/01/2016 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $27.08 | | $214,113.82 | -$2,001.09 |
| | LateCh | 11/17/2016 | 11/01/2016 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $27.08 | | $214,113.82 | -$2,001.09 |
| | LateCh | 12/19/2016 | 12/01/2016 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $27.08 | | $214,113.82 | -$2,001.09 |
| | LateCh | 01/18/2017 | 01/01/2017 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $27.08 | | $214,113.82 | -$2,001.09 |
| | LateCh | 02/17/2017 | 02/01/2017 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $27.08 | | $214,113.82 | -$2,001.09 |
| | LateCh | 03/17/2017 | 03/01/2017 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $27.08 | | $214,113.82 | -$2,001.09 |
| | LateCh | 04/18/2017 | 04/01/2017 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $27.08 | | $214,113.82 | -$2,001.09 |
| | LateCh | 05/17/2017 | 05/01/2017 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $27.08 | | $214,113.82 | -$2,001.09 |
| PAYMENT | Escrow | 06/08/2017 | | $0.00 | $0.00 | $0.00 | -$1,242.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $214,113.82 | -$3,243.09 |
| | LateCh | 06/19/2017 | 06/01/2017 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $27.08 | | $214,113.82 | -$3,243.09 |

| Reference | Transaction | Date Received | Date Due | Total | Principal | Interest | Escrow | Other Payments | Reserve | Late Charge Paid | Loan Charges | Interest on Charges | Fees To Lender | Unpaid Interest | Late Charge Added | Days Late | Principal Balance | Escrow Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | LateCh | 07/18/2017 | 07/01/2017 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $31.66 |  | $214,113.82 | -$3,243.09 |
|  | LateCh | 08/17/2017 | 08/01/2017 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $31.66 |  | $214,113.82 | -$3,243.09 |
|  | LateCh | 09/19/2017 | 09/01/2017 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $31.66 |  | $214,113.82 | -$3,243.09 |
|  | LateCh | 10/17/2017 | 10/01/2017 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $31.66 |  | $214,113.82 | -$3,243.09 |
|  | LateCh | 11/17/2017 | 11/01/2017 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $31.66 |  | $214,113.82 | -$3,243.09 |
|  | LateCh | 12/19/2017 | 12/01/2017 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $31.66 |  | $214,113.82 | -$3,243.09 |
|  | LateCh | 01/17/2018 | 01/01/2018 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $31.66 |  | $214,113.82 | -$3,243.09 |
|  | LateCh | 02/20/2018 | 02/01/2018 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $31.66 |  | $214,113.82 | -$3,243.09 |
|  | LateCh | 03/19/2018 | 03/01/2018 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $31.66 |  | $214,113.82 | -$3,243.09 |
|  | LateCh | 04/17/2018 | 04/01/2018 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $31.66 |  | $214,113.82 | -$3,243.09 |
| PAYMENT | Escrow | 04/24/2018 |  | $0.00 | $0.00 | $0.00 | -$1,746.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |  | $214,113.82 | -$4,989.19 |
| PAYMENT | Escrow | 04/24/2018 |  | $0.00 | $0.00 | $0.00 | -$456.20 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |  | $214,113.82 | -$5,445.39 |
| PAYMENT | Escrow | 04/24/2018 |  | $0.00 | $0.00 | $0.00 | -$1,658.80 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |  | $214,113.82 | -$7,104.19 |
| PAYMENT | Escrow | 04/24/2018 |  | $0.00 | $0.00 | $0.00 | -$1,658.79 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |  | $214,113.82 | -$8,762.98 |
| PAYMENT | Escrow | 04/24/2018 |  | $0.00 | $0.00 | $0.00 | -$1,746.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |  | $214,113.82 | -$10,509.08 |
|  | LateCh | 05/17/2018 | 05/01/2018 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $31.66 |  | $214,113.82 | -$10,509.08 |
|  | LateCh | 06/19/2018 | 06/01/2018 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $31.66 |  | $214,113.82 | -$10,509.08 |
|  | LateCh | 07/17/2018 | 07/01/2018 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $36.51 |  | $214,113.82 | -$10,509.08 |
|  | LateCh | 08/17/2018 | 08/01/2018 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $36.51 |  | $214,113.82 | -$10,509.08 |
|  | LateCh | 09/18/2018 | 09/01/2018 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $36.51 |  | $214,113.82 | -$10,509.08 |
|  | LateCh | 10/17/2018 | 10/01/2018 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $36.51 |  | $214,113.82 | -$10,509.08 |
| INSHAZ | Escrow | 10/19/2018 |  | $0.00 | $0.00 | $0.00 | -$183.79 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |  | $214,113.82 | -$10,692.87 |
| WAIVE LC | Adj-LC | 11/14/2018 | 11/14/2018 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$932.16 |  | $214,113.82 | -$10,692.87 |
|  | LateCh | 11/19/2018 | 11/01/2018 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $36.51 |  | $214,113.82 | -$10,692.87 |
| INSHAZ | Escrow | 12/11/2018 |  | $0.00 | $0.00 | $0.00 | -$76.99 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |  | $214,113.82 | -$10,769.86 |
|  | LateCh | 12/18/2018 | 12/01/2018 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $36.51 |  | $214,113.82 | -$10,769.86 |
| INSHAZ | Escrow | 01/04/2019 |  | $0.00 | $0.00 | $0.00 | -$74.52 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |  | $214,113.82 | -$10,844.38 |
|  | LateCh | 01/17/2019 | 01/01/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $36.51 |  | $214,113.82 | -$10,844.38 |
| INSHAZ | Escrow | 01/22/2019 |  | $0.00 | $0.00 | $0.00 | -$76.99 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |  | $214,113.82 | -$10,921.37 |
|  | LateCh | 02/20/2019 | 02/01/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $36.51 |  | $214,113.82 | -$10,921.37 |
| INSHAZ | Escrow | 03/01/2019 |  | $0.00 | $0.00 | $0.00 | -$76.99 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |  | $214,113.82 | -$10,998.36 |
|  | LateCh | 03/19/2019 | 03/01/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $36.51 |  | $214,113.82 | -$10,998.36 |
|  | LateCh | 04/17/2019 | 04/01/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $36.51 |  | $214,113.82 | -$10,998.36 |
| INSHAZ | Escrow | 04/19/2019 |  | $0.00 | $0.00 | $0.00 | -$69.55 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |  | $214,113.82 | -$11,067.91 |
| INSHAZ | Escrow | 05/03/2019 |  | $0.00 | $0.00 | $0.00 | -$76.99 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |  | $214,113.82 | -$11,144.90 |
|  | LateCh | 05/17/2019 | 05/01/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $36.51 |  | $214,113.82 | -$11,144.90 |
| INSHAZ | Escrow | 06/11/2019 |  | $0.00 | $0.00 | $0.00 | -$77.43 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |  | $214,113.82 | -$11,222.33 |
|  | LateCh | 06/18/2019 | 06/01/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $36.51 |  | $214,113.82 | -$11,222.33 |
|  | LateCh | 07/17/2019 | 07/01/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $39.86 |  | $214,113.82 | -$11,222.33 |
| INSHAZ | Escrow | 07/19/2019 |  | $0.00 | $0.00 | $0.00 | -$14.86 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |  | $214,113.82 | -$11,237.19 |
|  | LateCh | 08/19/2019 | 08/01/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $39.86 |  | $214,113.82 | -$11,237.19 |
| INSHAZ | Escrow | 08/23/2019 |  | $0.00 | $0.00 | $0.00 | -$93.78 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |  | $214,113.82 | -$11,330.97 |
| INSHAZ | Escrow | 08/23/2019 |  | $0.00 | $0.00 | $0.00 | -$93.78 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |  | $214,113.82 | -$11,424.75 |
| INSHAZ | Escrow | 08/23/2019 |  | $0.00 | $0.00 | $0.00 | -$93.78 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |  | $214,113.82 | -$11,518.53 |
| TAXGEN | Escrow | 09/20/2019 |  | $0.00 | $0.00 | $0.00 | -$1,629.88 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |  | $214,113.82 | -$13,148.41 |
| TAXGEN | Escrow | 09/20/2019 |  | $0.00 | $0.00 | $0.00 | -$1,533.93 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |  | $214,113.82 | -$14,682.34 |
| TAXGEN | Escrow | 09/20/2019 |  | $0.00 | $0.00 | $0.00 | -$1,547.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |  | $214,113.82 | -$16,229.34 |
| TAXBPI | Escrow | 09/20/2019 |  | $0.00 | $0.00 | $0.00 | -$204.37 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |  | $214,113.82 | -$16,433.71 |
| INSHAZ | Escrow | 09/20/2019 |  | $0.00 | $0.00 | $0.00 | -$93.78 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |  | $214,113.82 | -$16,527.49 |
| INSHAZ | Escrow | 10/11/2019 |  | $0.00 | $0.00 | $0.00 | -$93.78 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |  | $214,113.82 | -$16,621.27 |
| INSHAZ | Escrow | 11/15/2019 |  | $0.00 | $0.00 | $0.00 | -$93.78 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |  | $214,113.82 | -$16,715.05 |
| INSHAZ | Escrow | 12/20/2019 |  | $0.00 | $0.00 | $0.00 | -$93.78 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |  | $214,113.82 | -$16,808.83 |
| INSHAZ | Escrow | 01/28/2020 |  | $0.00 | $0.00 | $0.00 | -$93.78 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |  | $214,113.82 | -$16,902.61 |
| INSHAZ | Escrow | 02/25/2020 |  | $0.00 | $0.00 | $0.00 | -$93.78 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |  | $214,113.82 | -$16,996.39 |
| INSHAZ | Escrow | 03/20/2020 |  | $0.00 | $0.00 | $0.00 | -$93.78 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |  | $214,113.82 | -$17,090.17 |
| INSHAZ | Escrow | 04/17/2020 |  | $0.00 | $0.00 | $0.00 | -$93.78 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |  | $214,113.82 | -$17,183.95 |
| INSHAZ | Escrow | 05/19/2020 |  | $0.00 | $0.00 | $0.00 | -$93.78 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |  | $214,113.82 | -$17,277.73 |

| Reference | Transaction | Date Received | Date Due | Total | Principal | Interest | Escrow | Other Payments | Reserve | Late Charge Paid | Loan Charges | Interest on Charges | Fees To Lender | Unpaid Interest | Late Charge Added | Days Late | Principal Balance | Escrow Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| INSHAZ | Escrow | 06/23/2020 | | $0.00 | $0.00 | $0.00 | -$93.78 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $214,113.82 | -$17,371.51 |
| | LateCh | 07/17/2020 | 07/01/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $39.86 | | $214,113.82 | -$17,371.51 |
| INSHAZ | Escrow | 07/21/2020 | | $0.00 | $0.00 | $0.00 | -$93.78 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $214,113.82 | -$17,465.29 |
| INSHAZ | Escrow | 08/14/2020 | | $0.00 | $0.00 | $0.00 | -$93.78 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $214,113.82 | -$17,559.07 |
| INSHAZ | Escrow | 09/25/2020 | | $0.00 | $0.00 | $0.00 | -$93.78 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $214,113.82 | -$17,652.85 |
| INSHAZ | Escrow | 10/20/2020 | | $0.00 | $0.00 | $0.00 | -$93.78 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $214,113.82 | -$17,746.63 |
| INSHAZ | Escrow | 11/24/2020 | | $0.00 | $0.00 | $0.00 | -$93.78 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $214,113.82 | -$17,840.41 |
| INSHAZ | Escrow | 12/18/2020 | | $0.00 | $0.00 | $0.00 | -$93.78 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $214,113.82 | -$17,934.19 |
| INSHAZ | Escrow | 01/22/2021 | | $0.00 | $0.00 | $0.00 | -$93.78 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $214,113.82 | -$18,027.97 |
| INSHAZ | Escrow | 02/19/2021 | | $0.00 | $0.00 | $0.00 | -$93.78 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $214,113.82 | -$18,121.75 |
| INSHAZ | Escrow | 03/26/2021 | | $0.00 | $0.00 | $0.00 | -$93.78 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $214,113.82 | -$18,215.53 |
| TAXGEN | Escrow | 04/09/2021 | | $0.00 | $0.00 | $0.00 | -$1,629.87 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $214,113.82 | -$19,845.40 |
| TAXGEN | Escrow | 04/09/2021 | | $0.00 | $0.00 | $0.00 | -$1,629.88 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $214,113.82 | -$21,475.28 |
| TAXGEN | Escrow | 04/09/2021 | | $0.00 | $0.00 | $0.00 | -$1,629.88 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $214,113.82 | -$23,105.16 |
| TAXGEN | Escrow | 04/09/2021 | | $0.00 | $0.00 | $0.00 | -$1,629.87 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $214,113.82 | -$24,735.03 |
| TAXBPI | Escrow | 04/09/2021 | | $0.00 | $0.00 | $0.00 | -$78.40 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $214,113.82 | -$24,813.43 |
| TAXBPI | Escrow | 04/09/2021 | | $0.00 | $0.00 | $0.00 | -$202.32 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $214,113.82 | -$25,015.75 |
| TAXBPI | Escrow | 04/09/2021 | | $0.00 | $0.00 | $0.00 | -$5.60 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $214,113.82 | -$25,021.35 |
| TAXBPI | Escrow | 04/09/2021 | | $0.00 | $0.00 | $0.00 | -$136.44 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $214,113.82 | -$25,157.79 |
| TAXGEN | Escrow | 04/13/2021 | | $0.00 | $0.00 | $0.00 | -$3,269.75 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $214,113.82 | -$28,427.54 |
| TAXBPI | Escrow | 04/13/2021 | | $0.00 | $0.00 | $0.00 | -$68.59 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $214,113.82 | -$28,496.13 |
| TAXGEN | Escrow | 04/13/2021 | | $0.00 | $0.00 | $0.00 | -$1,629.87 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $214,113.82 | -$30,126.00 |
| TAXBPI | Escrow | 04/13/2021 | | $0.00 | $0.00 | $0.00 | -$194.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $214,113.82 | -$30,320.05 |
| INSHAZ | Escrow | 04/20/2021 | | $0.00 | $0.00 | $0.00 | -$93.78 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $214,113.82 | -$30,413.83 |
| INSHAZ | Escrow | 05/18/2021 | | $0.00 | $0.00 | $0.00 | -$93.78 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $214,113.82 | -$30,507.61 |
| | LateCh | 05/18/2021 | 05/01/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $42.24 | | $214,113.82 | -$30,507.61 |
| | LateCh | 06/17/2021 | 06/01/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $42.24 | | $214,113.82 | -$30,507.61 |
| INSHAZ | Escrow | 06/22/2021 | | $0.00 | $0.00 | $0.00 | -$93.78 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $214,113.82 | -$30,601.39 |
| | LateCh | 07/19/2021 | 07/01/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $39.86 | | $214,113.82 | -$30,601.39 |
| INSHAZ | Escrow | 07/20/2021 | | $0.00 | $0.00 | $0.00 | -$93.78 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $214,113.82 | -$30,695.17 |
| WAIVE LC | Adj-LC | 08/16/2021 | 05/01/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$2.38 | | $214,113.82 | -$30,695.17 |
| WAIVE LC | Adj-LC | 08/16/2021 | 06/01/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$2.38 | | $214,113.82 | -$30,695.17 |
| | LateCh | 08/17/2021 | 08/01/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $39.86 | | $214,113.82 | -$30,695.17 |
| INSHAZ | Escrow | 08/24/2021 | | $0.00 | $0.00 | $0.00 | -$93.78 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $214,113.82 | -$30,788.95 |