UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| AJX Mortgage Trust I, a Delaware Trust, Wilmington Savings Fund Society, FSB, Trustee<br><br>**Plaintiff**<br><br>vs.<br><br>Julie Poland a/k/a Julie R. Poland; and The Bank of New York as Trustee for the Certificateholders CWALT, Inc. Alternative Loan Trust 2006-20CB Mortgage Pass-Through Certificates, Series 2006-20CB<br><br>**Defendants** | Case No. 2:19-cv-00365-LEW |

**JUDGMENT OF FORECLOSURE AND SALE**
12 Karen Drive, Gray, ME
(Book 27027, Page 329)

  Plaintiff, AJX Mortgage Trust I, a Delaware Trust, Wilmington Savings Fund Society, FSB, Trustee, filed its Motion for Default Judgment on September 27, 2021.  Defendants, Julie Poland a/k/a Julie R. Poland and The Bank of New York as Trustee for the Certificateholders CWALT, Inc. Alternative Loan Trust 2006-20CB Mortgage Pass-Through Certificates, Series 2006-20CB have not appeared or answered.

  All persons interested having been duly notified in accordance with the law, and after hearing, the Plaintiff's Motion for Default Judgment is GRANTED.  **JUDGMENT** on Count I – Foreclosure and Sale is hereby **ENTERED** as follows:

  1. If the Defendants or their heirs or assigns pay AJX Mortgage Trust I, a Delaware Trust, Wilmington Savings Fund Society, FSB, Trustee ("AJX Mortgage Trust I") the

amount adjudged due and owing ($309,578.47) within 90 days of the date of the Judgment, as that time period is calculated in accordance with 14 M.R.S. § 6322, AJX Mortgage Trust I, shall forthwith discharge the Mortgage and file a dismissal of this action on the ECF Docket. The following is a breakdown of the amount due and owing as of October 31, 2021:

| **Description** | **Amount** |
|---|---|
| Principal Balance | $214,113.82 |
| Interest | $45,496.87 |
| Unpaid Late Charges | $719.28 |
| Accrued Late Charges | $39.86 |
| Unpaid Charges | $15,396.49 |
| Escrow Deficiency | $34,142.48 |
| Interest Credit | $-330.33 |
| **Grand Total** | **$309,578.47** |

2. If the Defendants or their heirs or assigns do not pay AJX Mortgage Trust I, the amount adjudged due and owing ($309,578.47) within 90 days of the judgment, as that time period is calculated in accordance with 14 M.R.S. § 6322, their remaining rights to possession of the Gray Property shall terminate, and AJX Mortgage Trust I, shall conduct a public sale of the Gray Property in accordance with 14 M.R.S. § 6323, disbursing the proceeds first to itself in the amount of $309,578.47 after deducting the expenses of the sale, with any surplus to be disbursed pursuant to Paragraph 5 of this Judgment, and in accordance with 14 M.R.S. § 6324.  AJX Mortgage Trust I, may not seek a deficiency judgment against the Defendants pursuant to Plaintiff's waiver of deficiency.

3. Pursuant to 14 M.R.S. § 2401(3)(F), the Clerk, if requested, shall sign a certification after the appeal period has expired, certifying that the applicable period has expired without action or that the final judgment has been entered following appeal.

4. The amount due and owing is $309,578.47.

5. The priority of interests is as follows:

    ● AJX Mortgage Trust I, a Delaware Trust, Wilmington Savings Fund Society, FSB, Trustee has first priority, in the amount of $309,578.47, pursuant to the subject Note and Mortgage.

    ● Defendant, Julie Poland a/k/a Julie R. Poland, has second priority behind the Plaintiff.

6. The prejudgment interest rate is 2.08300%, *see* 14 M.R.S. § 1602-B, and the post-judgment interest rate is 6.09%, *see* 14 M.R.S. §1602-C.

7. The following information is included in this Judgment pursuant to 14 M.R.S.A. § 2401(3):

|  | PARTIES | COUNSEL |
|---|---|---|
| PLAINTIFF | AJX Mortgage Trust I, a Delaware Trust, Wilmington Savings Fund Society, FSB, Trustee<br>13190 SW 68th Parkway, Suite 200<br>Tigard, OR 97223 | Reneau J. Longoria, Esq.<br>Doonan, Graves & Longoria, LLC<br>100 Cummings Center<br>Suite 303C<br>Beverly, MA 01915 |
| DEFENDANT | Julie Poland a/k/a Julie R. Poland<br>P.O. Box 911<br>Gray, ME 04039 | Pro Se Defaulted |

|  |  |
|---|---|
| The Bank of New York as Trustee for the Certificateholders CWALT, Inc. Alternative Loan Trust 2006-20CB Mortgage Pass-Through Certificates, Series 2006-20CB<br>240 Greenwich Street<br>New York, NY 10286 | Defaulted |

a) The docket number of this case is No. 2:19-cv-00365-LEW.

b) All parties to these proceedings received notice of the proceedings in accordance with the applicable provisions of the Federal Rules of Civil Procedure.

c) A description of the real estate involved, 12 Karen Drive, Gray, ME 04039, is set forth in Exhibit A to the Judgment herein.

d) The street address of the real estate involved is 12 Karen Drive, Gray, ME 04039. The Mortgage was executed by the Defendant, Julie Poland a/k/a Julie R. Poland, on June 24, 2009. The book and page number of the Mortgage in the Cumberland County Registry of Deeds is Book 27027, Page 329.

e) This judgment shall not create any personal liability on the part of the Defendants but shall act solely as an *in rem* judgment against the property, 12 Karen Drive, Gray, ME 04039.

10. Further, as it was the intention of The Bank of New York as Trustee for the Certificateholders CWALT, Inc. Alternative Loan Trust 2006-20CB Mortgage Pass-Through Certificates, Series 2006-20CB to discharge and release the Mortgage in favor of Mortgage Electronic Registration Systems, Inc. as nominee for America's Wholesale Lender, dated April 21, 2006, executed by Anita Wiers, in the amount of $208,000.00, and recorded in the Cumberland County Registry of Deeds in Book

23889, Page 122, by virtue of a Discharge of Mortgage, dated July 17, 2009, and recorded in the Cumberland County Registry of Deeds in Book 27118, Page 265, upon the entering and recording of this Judgment of Foreclosure and Sale, said Mortgage shall be discharged.

SO ORDERED.

Dated this 26th day of October, 2021.

                                          /s/ Lance E. Walker
                                        UNITED STATES DISTRICT JUDGE