UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

AJX MORTGAGE TRUST I, A DELAWARE
TRUST, WILMINGTON SAVINGS FUND
SOCIETY, FSB, TRUSTEE
    Plaintiff

v.

JULIE POLAND A/K/A JULIE R. POLAND
AND ALL OTHER OCCUPANTS
    Defendants

DOCKET NO. 2:19-cv-00365-LEW

## WRIT OF POSSESSION

To the Sheriff of Cumberland County, Maine or any of his deputies, who have been specially appointed by this Court in accordance with F.R.Civ.P. 4.1(a):

Plaintiff, Ajx Mortgage Trust I, a Delaware Trust, Wilmington Savings Fund Society, FSB, Trustee, on October 26, 2021 recovered judgment in the above-named action against Julie Poland a/k/a Julie R. Poland, and all other occupants for possession of property located at 12 Karen Drive, Gray, Cumberland County, ME 04039.

We command that you, without delay, cause Plaintiff to have possession of said premises against Defendant(s) and all other occupants.

Dated: 9/7/2022      By: _Meghan Maker_
                                     ~~Clerk~~/Deputy Clerk

**NOTICE TO DEFENDANT: You are required to vacate the premises and remove your possessions within 48 hours from the time of service of this Writ of Possession in hand or by posting, or an officer will return and remove you. If you fail to vacate the premises and remove your possessions within 48 hours you are deemed a trespasser without right and your goods and property are considered by law to be abandoned and subject to 14 M.R.S.A. section 6013.**

Attorney for Plaintiff: Korde & Associates, P.C.
707 Sable Oaks Dr., Suite 250
South Portland, Maine 04106
(207) 775-6223

A TRUE COPY
ATTEST: Christa K. Berry, Clerk

By: _Meghan Maker_
      Deputy Clerk