## DECLARATION OF JULIE POLAND

I, Julie Poland, declare as follows.

1.  I am over the age of 18 years and am a party to this action. I have personal knowledge of the facts stated in this declaration, and if called as a witness, could and would testify competently to the truth of the facts as stated herein.

2.  I make this declaration in support of my motion to vacate the order entered against me on September 7, 2022, on the grounds extraordinary circumstances exist in this case and I will suffer manifest injustice if the judgment is not vacated.

3.  The circumstances beyond my control are that Plaintiff failed to serve me with a copy of the Motion filed in this Court on September 1, 2022.  The certificate of service shows that Plaintiff served the property address instead of the PO Box.  The property address does not receive mail and all property owners/renters in this area are required to obtain a PO Box for mail delivery.  Without ANY service of the Motion, I was unable to properly respond.  I received notification from the Sheriff's office that an Order was granted and of his intention to remove me.

4.  I will suffer manifest injustice if the judgment is not vacated in that I will be removed from the property without the ability to assert a defense to this motion. Furthermore, my animals and belongings with most likely be lost or removed to another location, causing additional loss and harm.

5.   Defendant provides as Exhibit A to this Motion, ECF 35, Plaintiffs Motion for Possession and requests the Court review with specificity the Certificate of service which indicates the moving papers were served to 12 Karen Drive Grey, Maine.  Defendant

8

believes, as is customary in these situations, these documents have been returned to Plaintiff as "undeliverable as addressed".

6.  I respectfully request that the Court vacate the Order entered against me on the grounds that extraordinary circumstances beyond my control prevented me from proceeding in this case in a timely fashion and that I would suffer manifest injustice if the order is not vacated.

I declare under penalty of perjury under the laws of the United States of America and the State of Maine that the foregoing is true and correct and that this Declaration was executed on October 11, 2022, at Grey, Maine.

RESPECTFULLY SUBMITTED,

*/s/ Julie R. Poland*
_____
Julie R. Poland, Pro Se
PO Box 911
Grey, ME 04039
(207) 332-2351