**EXHIBIT A**

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

AJX MORTGAGE TRUST I, A DELAWARE
TRUST, WILMINGTON SAVINGS FUND
SOCIETY, FSB, TRUSTEE
    Plaintiff
v.

JULIE POLAND A/K/A JULIE R. POLAND    DOCKET NO. 2:19-cv-00365-LEW
AND ALL OTHER OCCUPANTS
    Defendants

MOTION FOR ISSUANCE OF WRIT OF POSSESSION

Now comes Plaintiff, by and through undersigned counsel, and requests pursuant to F.R. Civ. P. 70 that this Court issue a writ of possession against Julie Poland a/k/a Julie R. Poland, and all other occupants with respect to the real property located at 12 Karen Drive, Gray, Cumberland County, ME 04039 (the "Property"). A Judgment of Foreclosure and Sale was entered in this matter in favor of Plaintiff by Order dated and docketed October 26, 2021, as Document 32 which provided that if Defendant(s) did not redeem the mortgage within 90 days of the entry of judgment, then his/her/their remaining rights to the Property shall terminate. Defendant(s) did not redeem the mortgage within such period and Plaintiff now seeks to recover possession of the Property.

F.R. Civ. P. 4.1(a) provides that service of process must be served by a United States marshal or deputy marshal or *by a person specially appointed for that purpose* (emphasis supplied). It is the experience of undersigned counsel that the United States Marshal's Office does not normally serve writs of possession issued in connection with mortgage foreclosure actions, and that

the sheriffs of the various counties within the state and their deputies do serve writs of possession in the normal course of their duties and are familiar with the terms of their enforcement under state law.  It is the opinion of undersigned counsel that the Cumberland County Sheriff's Office is the most appropriate agency to serve and execute the writ of possession, and Plaintiff requests that it be appointed for this purpose pursuant to F.R. Civ. P. 4.1(a).

Upon information and belief, Defendant(s) is not an infant or incompetent person, and is not in the military service or otherwise protected by the Servicemembers Civil Relief Act, 50 U.S.C. § 3901 et seq. as indicated by the United States Department of Defense Manpower Data Center reports attached hereto as Exhibit A.

WHEREFORE, Plaintiff prays that this Court issue a writ of possession for the Property as soon as lawfully possible, and for such further relief as the Court deems appropriate.

                                      Respectfully submitted,

Dated:  August 31, 2022          /s/ Carrie Folsom
                                          Carrie Folsom,  Esq.
                                            Attorney for Plaintiff

Korde & Associates, P.C.
707 Sable Oaks Dr., Suite 250
South Portland, ME 04106
(207) 775-6223
CFolsom@KordeAssociates.com

KA #22-001082

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

AJX MORTGAGE TRUST I, A DELAWARE
TRUST, WILMINGTON SAVINGS FUND
SOCIETY, FSB, TRUSTEE
    Plaintiff
v.

JULIE POLAND A/K/A JULIE R. POLAND
AND ALL OTHER OCCUPANTS
    Defendants

DOCKET NO. 2:19-cv-00365-LEW

## WRIT OF POSSESSION

To the Sheriff of Cumberland County, Maine or any of his deputies, who have been specially appointed by this Court in accordance with F.R.Civ.P. 4.1(a):

Plaintiff, Ajx Mortgage Trust I, a Delaware Trust, Wilmington Savings Fund Society, FSB, Trustee, on October 26, 2021 recovered judgment in the above-named action against Julie Poland a/k/a Julie R. Poland, and all other occupants for possession of property located at 12 Karen Drive, Gray, Cumberland County, ME 04039.

We command that you, without delay, cause Plaintiff to have possession of said premises against Defendant(s) and all other occupants.

Dated:_____ By:_____
                                                               Clerk/Deputy Clerk

**NOTICE TO DEFENDANT: You are required to vacate the premises and remove your possessions within 48 hours from the time of service of this Writ of Possession in hand or by posting, or an officer will return and remove you. If you fail to vacate the premises and remove your possessions within 48 hours you are deemed a trespasser without right and your goods and property are considered by law to be abandoned and subject to 14 M.R.S.A. section 6013.**

Attorney for Plaintiff: Korde & Associates, P.C.
707 Sable Oaks Dr., Suite 250
South Portland, Maine 04106
(207) 775-6223

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

AJX MORTGAGE TRUST I, A DELAWARE
TRUST, WILMINGTON SAVINGS FUND
SOCIETY, FSB, TRUSTEE
    Plaintiff

v.

JULIE POLAND A/K/A JULIE R. POLAND
AND ALL OTHER OCCUPANTS
    Defendants

DOCKET NO. 2:19-cv-00365-LEW

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that copies of the filed Motion for Issuance of Writ of Possession, and proposed writ of possession have been forwarded, even date herewith, to all those persons listed below at the indicated addresses:

Notice will be sent electronically to:

    Reneau J. Longoria rjl@dgandl.com

Notice will be sent via first class mail to:

Julie A. Poland a/k/a Julie R. Poland
12 Karen Drive
Gray, ME  04039

Dated:  August 31, 2022

/s/ Carrie Folsom
Carrie Folsom,  Esq.
Attorney for Plaintiff

Korde & Associates, P.C.
707 Sable Oaks Dr., Suite 250
South Portland, ME 04106
(207) 775-6223
CFolsom@KordeAssociates.com

## PROOF OF SERVICE

I am over the age of 18 and not a party to this action.

On October 12, 2022 I served the foregoing document(s) described as: MOTION TO VACATE ORDER; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF JULIE POLAND, EHXIBITS to the following parties:

KORDE & ASSOCIATES, PC
707 SABLE OAKS DRIVE, SUITE 250
SOUTH PORTLAND, ME 04106

[X] (By U.S. Mail) I deposited such envelope in the mail at Grey, Maine with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under the practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Grey, Maine in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] (By Personal Service) I caused such envelope to be delivered by hand via messenger service to the address above;

[ ] (By Facsimile) I served a true and correct copy by facsimile during regular business hours to the number(s) listed above. Said transmission was reported complete and without error.

I declare under penalty of perjury under the laws of the United States of America and the State of Maine that the foregoing is true and correct.

DATED: October 12, 2022

*/s/ Renee Amezcua*
_____
Renee Amezcua