UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

AJX MORTGAGE TRUST I, A DELAWARE
TRUST, WILMINGTON SAVINGS FUND
SOCIETY, FSB, TRUSTEE
    Plaintiff

v.

JULIE POLAND A/K/A JULIE R. POLAND    DOCKET NO. 2:19-cv-00365-LEW
AND ALL OTHER OCCUPANTS
    Defendants

## WRIT OF POSSESSION

To the Sheriff of Cumberland County, Maine or any of his deputies, who have been specially appointed by this Court in accordance with F.R.Civ.P. 4.1(a):

Plaintiff, Ajx Mortgage Trust I, a Delaware Trust, Wilmington Savings Fund Society, FSB, Trustee, on October 26, 2021 recovered judgment in the above-named action against Julie Poland a/k/a Julie R. Poland, and all other occupants for possession of property located at 12 Karen Drive, Gray, Cumberland County, ME 04039.

We command that you, without delay, cause Plaintiff to have possession of said premises against Defendant(s) and all other occupants.

Dated: 9/7/2022      By: _Meghan Maker_
                                      ~~Clerk~~/Deputy Clerk

**NOTICE TO DEFENDANT: You are required to vacate the premises and remove your possessions within 48 hours from the time of service of this Writ of Possession in hand or by posting, or an officer will return and remove you. If you fail to vacate the premises and remove your possessions within 48 hours you are deemed a trespasser without right and your goods and property are considered by law to be abandoned and subject to 14 M.R.S.A. section 6013.**

Attorney for Plaintiff: Korde & Associates, P.C.
707 Sable Oaks Dr., Suite 250
South Portland, Maine 04106
(207) 775-6223

A TRUE COPY
ATTEST: Christa K. Berry, Clerk

By: _Meghan Maker_
      Deputy Clerk

# CIVIL WORKSHEET
## Cumberland County Sheriff's Office

**Assigned Officer:** Charles Plourde

**Process #** 8552585

**Case Name:** AJX Mortgage Trust

**Service Attempts**

| Person Served | Address | Date | Time |
|---|---|---|---|
| Julie Poland | 12 Keren Dr   Gray, ME | | |
| | Date Received | 7-Oct-22 | |
| 1st Attempt | No Response; in fact, no one was living at the above address | 7-Oct-22 | 1:30 PM |
| 2nd Attempt | No Response | 8-Oct-22 | 10:23 AM |
| 3rd Attempt | Posted Writ on front door | 9-Oct-22 | 2:55 PM |
| | *C Plourde* (signature) | | |
| | C Plourde | | |



# Cumberland County Sheriff's Office
36 County Way
Portland, Maine 04102
Tel. (207) 774-1444

Invoice No 8552585

## INVOICE for CIVIL SERVICE

**INVOICE TO:**
Responsible Party Attorney & Law Firm: ATTN: Robin Gilmartin
Korde + Associates
707 Sable Oaks Dr Suite 250
So Portland, ME 04106

Telephone Number: 775-6223

Return Date: 10-9-22
Service Date: 10-9-22
Deputy: Charles Plourde

Docket/Case #: 
AJX Mortgage Trust vs. Julie Poland
Type of Service: Writ of Possession
Location: 12 Keren Dr Gray, ME
Code:

### Invoice for Services Rendered as Follows

| | | |
|---|---|---|
| Service: 60.00 | Postage: | FICA: 6.96 |
| Diligent Search: | Affidavit/Notary: | Admin. Fee: 25.00 |
| Same Day Service: | Telephone: | |
| Travel: 31.04 | Photo Copies: | |
| | Postal Inquiry: | |
| Subtotal:00 91.04 | Subtotal: | Subtotal: 31.96 |

Please make check payable to:
**Cumberland County Sheriff's Office**
Please mail payment and canary copy of invoice directly to:
**Cumberland County Sheriff's Office**
**Attn: Civil Division**
**36 County Way**
**Portland, ME 04102**

Total Invoice Amount: $123.00
Payment Received: $
Refund/Total Amount Due: $123.00

*White: Plantiff copy • Canary: Return with payment • Pink: Civil Division copy • Goldenrod: Civil Deputy Copy*



# Cumberland County Sheriff's Office
36 County Way
Portland, Maine 04102
Tel. (207) 774-1444

Invoice No. 8552585

## INVOICE for CIVIL SERVICE

**INVOICE TO:**
Responsible Party Attorney & Law Firm: ATTN: Robin Gilmartin
Korde + Associates
707 Sable Oaks Dr Suite 250
So Portland, ME 04106

Telephone Number: 775-6223

Return Date: 10-9-22
Service Date: 10-9-22
Deputy: Charles Plourde
Docket/Case #: AJX Mortgage Trust vs. Julie Poland
Type of Service: Writ of Possession
Location: 12 Keren Dr, Gray, ME
Code:

### Invoice for Services Rendered as Follows

| | | |
|---|---|---|
| Service: 60.00 | Postage: | FICA: 6.96 |
| Diligent Search: | Affidavit/Notary: | Admin. Fee: 25.00 |
| Same Day Service: | Telephone: | |
| Travel: 31.04 | Photo Copies: | |
| | Postal Inquiry: | |
| Subtotal:00  91.04 | Subtotal: | Subtotal: 31.96 |

PLease make check payable to:
**Cumberland County Sheriff's Office**
Please mail payment and canary copy of invoice directly to:
**Cumberland County Sheriff's Office**
**Attn: Civil Division**
**36 County Way**
**Portland, ME 04102**

Total Invoice Amount: $ 123.00
Payment Received: $
Refund/Total Amount Due: $ 123.00

White: *Plantiff copy* • Canary: *Return with payment* • Pink: *Civil Division copy* • Goldenrod: *Civil Deputy Copy*