UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

DOCKET NO. 2:19-cv-00365-LEW

*********************************************************

AJX MORTGAGE TRUST I, A DELAWARE
TRUST, WILMINGTON SAVINGS FUND
SOCIETY, FSB, TRUSTEE

Plaintiff

v.

JULIE POLAND A/K/A JULIE R. POLAND AND ALL OTHER OCCUPANTS

Defendants

*********************************************************

<u>CERTIFICATION OF SERVICE</u>

I hereby certify that copies of Plaintiff's Response to Defendant's Motion, and proposed Order dated 10/20/22 have been sent, even date herewith, to all those persons listed below at the indicated addresses:

Copy sent via first class mail to:

Julie Poland a/k/a Julie R. Poland
P.O. Box 911
Grey, ME 04039

Respectfully submitted,

Dated:  10/20/22          By: _/s/ Carrie Folsom_____
                         Carrie Folsom, Esq. #9510
                         Attorney for Plaintiff
                         KORDE & ASSOCIATES, P.C.
                         707 Sable Oaks Dr., Suite 250
                         South Portland, ME 04106
                         (207) 775-6223
                         CFolsom@KordeAssociates.com

KA #22-001082