# DOONAN, GRAVES & LONGORIA, LLC
## ATTORNEYS AT LAW

Serving Massachusetts, Maine & New Hampshire
Hours: Monday - Friday 9 am - 4 pm
www.dgandl.com

100 Cummings Center, Suite 303C
Beverly, Massachusetts 01915
TEL: (978) 921-2670
FAX: (978) 921-4870

## Notice of Intention to Foreclose

March 17, 2022

VIA CERTIFIED AND REGULAR MAIL

Julie R. Poland
P.O. Box 911
Gray, ME 04039

**Certified Article Number**
9414 7266 9904 2184 8375 69
**SENDER'S RECORD**

RE: AJX Mortgage Trust I, a Delaware Trust, Wilmington Savings Fund Society, FSB, Trustee vs. The Bank of New York as Trustee for the Certificateholders CWALT, Inc. Alternative Loan Trust 2006-20CB Mortgage Pass-Through Certificates, Series 2006-20CB and Julie R. Poland
Docket# 2:19-cv-00365-LEW
File Number 53623

Dear Sir or Madam:

You are hereby notified in accordance with the statute, of my intention, on April 19, 2022 at 04:00 PM at 2 Gorges Road, Kittery, ME 03904 to foreclose by Civil Action for breach of condition, the Mortgage held by my client on property located on 12 Karen Drive, Town of Gray, County of Cumberland, State of Maine, dated June 24, 2009 and recorded in the Cumberland County Registry of Deeds in Book 27027, Page 329.

Sincerely,

Reneau J. Longoria, Esq.

53623

**EXHIBIT D**

I hereby certify on oath that on this __18__ day of __March__, 2022, I mailed by registered mail, with return receipt requested, the notice, a copy of which is hereinabove set forth, direct to such person or persons at the address therein named, which was the last address of such person known to me at the time of mailing, or to such person or persons at the address therein named, which was the person and the address agreed upon in said mortgage.

Reneau J. Longoria, Esq., Bar No. 5746

## NOTICE TO DEFENDANTS
## FAIR DEBT COLLECTION PRACTICES ACT
### 32 M.R.S.A. § 11001 et seq.

We are attempting to collect a debt. Any and all information, which we obtain will be used for that purpose.

YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY 10 DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN 7 DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE CREDITOR.

UNLESS YOU NOTIFY US THAT YOU DISPUTE ANY PORTION OF THIS DEBT WITHIN 30 DAYS AFTER RECEIPT OF THIS NOTICE, THE DEBT WILL BE ASSUMED VALID. IF YOU NOTIFY US WITHIN 30 DAYS THAT THE DEBT, OR ANY PORTION THEREOF, IS DISPUTED, WE WILL OBTAIN VERIFICATION OF THE DEBT AND WILL MAIL YOU A COPY OF THE VERIFICATION.

UPON WRITTEN REQUEST WITHIN 30 DAYS AFTER RECEIPT OF THIS NOTICE, WE WILL PROVIDE YOU THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, IF IT IS DIFFERENT FROM THE CURRENT CREDITOR. NOTWITHSTANDING ANY OF THE PROVISIONS OF THIS IMPORTANT NOTICE OF YOUR RIGHTS, WE RESERVE THE RIGHT TO BRING A LAWSUIT AGAINST YOU WITHIN THE 30-DAY PERIOD. IF YOU ARE IN BANKRUPTCY OR RECEIVED A BANKRUPTCY DISCHARGE OF THIS DEBT, THIS COMMUNICATION IS NOT AN ATTEMPT TO COLLECT THE DEBT AGAINST YOU PERSONALLY, BUT IS NOTICE OF A POSSIBLE ENFORCEMENT OF THE LIEN AGAINST THE COLLATERAL PROPERTY.

## NOTICE OF PUBLIC SALE OF REAL ESTATE

By virtue of and in execution of a Judgment of Foreclosure and Sale entered in the United States District Court, District of Maine - Portland on October 26, 2021, in Civil Action, Docket No. 2:19-cv-00365-LEW brought by AJX Mortgage Trust I, a Delaware Trust, Wilmington Savings Fund Society, FSB, Trustee against The Bank of New York as Trustee for the Certificateholders CWALT, Inc. Alternative Loan Trust 2006-20CB Mortgage Pass-Through Certificates, Series 2006-20CB and Julie R. Poland for the foreclosure of a mortgage recorded in the Cumberland County Registry of Deeds in Book 27027, Page 329, the statutory ninety (90) day period of redemption having expired without redemption, notice is hereby given that there will be a public sale on April 19, 2022 at 04:00 PM at 2 Gorges Road, Kittery, ME, 03904 all and singular the premises described in said mortgage and being a certain lot of land with the buildings thereon, situated in the town of Gray, County of Cumberland, and State of Maine, described in said mortgage as being located at 12 Karen Drive.

## TERMS OF SALE

The property will be sold to the highest bidder at the sale, who shall pay a deposit of Ten Thousand and No/100 Dollars ($10,000.00) in cash, certified check or funds acceptable to mortgagee at the time and place of sale. The successful bidder shall be required to execute a Purchase and Sale Agreement with said AJX Mortgage Trust I, a Delaware Trust, Wilmington Savings Fund Society, FSB, Trustee with the aforesaid Ten Thousand and No/100 Dollars ($10,000.00), as a non-refundable and non-interest bearing deposit thereon providing for a closing within thirty (30) days of the date of the public sale, at which time the balance of the bid price will be due and payable in cash or certified funds payable to AJX Mortgage Trust I, a Delaware Trust, Wilmington Savings Fund Society, FSB, Trustee as aforesaid, which will then deliver a duly executed quitclaim deed. The sale shall be made subject to: (a) any condition which a title search would reveal, (b) any unpaid taxes or assessments due to the Municipality of Gray, and (c) any facts which an accurate survey of the premises might show. The property shall be sold "as is" and "where is" without any warranties whatsoever expressed, implied or otherwise. Other terms will be announced at the sale.

Dated: 3-18-22

AJX Mortgage Trust I, a Delaware Trust,
Wilmington Savings Fund Society, FSB,
Trustee
By their Attorneys

Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
(978) 921-2670
RJL@dgandl.com

53623



**CERTIFIED MAIL**

9414 7266 9904 2184 8375 69

US POSTAGE ℠ PITNEY BOWES
ZIP 01915
02 7H
0001338074
$ 007.33⁰
MAR 18 2022

FIRST-CLASS

**DOONAN, GRAVES & LONGORIA, LLC**
ATTORNEYS AT LAW
100 Cummings Center
Suite 303C
Beverly, Massachusetts 01915

Julie R. Poland
P.O. Box 911
Gray, ME 04039

---



US POSTAGE ℠ PITNEY BOWES
ZIP 01915
02 7H
0001338074
$ 000.53⁰
MAR 18 2022

FIRST-CLASS

**DOONAN, GRAVES & LONGORIA, LLC**
ATTORNEYS AT LAW
100 Cummings Center
Suite 303C
Beverly, Massachusetts 01915

Julie R. Poland
P.O. Box 911
Gray, ME 04039

