# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

9414726699042184837569

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was picked up at the post office at 3:17 pm on March 29, 2022 in GRAY, ME 04039.

**Get More Out of USPS Tracking:**

   USPS Tracking Plus®

**Delivered**

**Delivered, Individual Picked Up at Post Office**
GRAY, ME 04039
March 29, 2022, 3:17 pm

See All Tracking History

Feedback

Text & Email Updates                                              ⌄

USPS Tracking Plus®                                               ⌄

Product Information                                               ⌄

See Less ⌃

Track Another Package



Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

Feedback