

| | | Server: | SEQUOIA |
| --- | --- | --- | --- |
| | | Version: | 2.2.2 |

| | |
| --- | --- |
| **Loan Number** | |
| **Borrower** | Poland, Julie |
| **Co-Borrower** | |
| **Property Address** | 12 Karen Dr |
| **Property City, ST, Zip** | Gray, ME 04039 |
| **Mailing Address** | PO Box 911 |
| **Mailing City, ST, Zip** | Gray, ME 04039-0911 |
| **Lender** | AJX Mortgage Trust I, a Delaware Trust, Wilmington Savings Fund Society, FSB, Trustee |
| **Date** | 1/13/2023 |

**Borrower Communications**

| ACCOUNT | DATE/TIME | CATEGORY | REP | CONTACT | SUMMARY | LETTER SENT DATE |
| --- | --- | --- | --- | --- | --- | --- |
| | 4/15/2015 | BC | Yohalmo.Coto | VM | Called Home number<br>Left message in VM to contact us<br>(Welcome call) | |
| | 4/15/2015 | BC | Grant.Lee | Julie | VI Julie called returning voice mail. I welcomed borrower to GF asked if she received the welcome packet borr said she has not yet. I confirmed the property is owner occupied all tax/ins information is current and no HOA. Best contact # is (207) 332-2351. Borr said she made the April payment to previous servicer Bayview but was told that the payment would be forwarded to us. I thanked borr for calling back borr said she will call back once she receives the welcome packet and if she has questions | |
| | 8/5/2015 | BC | Daleana.Bautista | Julie | called in to find out why insurane has not been paid--- advised the information from the insurance company states right on it "notification this is NOT an invoice" --- advised to have them send over and invoice with request for payment. | |
| | 10/13/2015 | BC | Shawna.Smith | No contact | called out to set up October payment // no contact made// no voicemail | |
| | 11/3/2015 | BC | Shawna.Smith | No contact | Courtesy call to set up November payment  // borrower pays via other options // wanted to go over occupancy and contact numbers // no contact made | |
| | 11/10/2015 | BC | Shawna.Smith | no contact | Courtesy call to set up November payment // no contact made | |
| | 11/14/2015 | BC | Shawna.Smith | no contact | Courtesy call to set up November payment // no contact made | |
| | 11/16/2015 | BC | Shawna.Smith | No contact | Courtesy call to set up November payment // no contact made | |
| | 11/20/2015 | BC | Shawna.Smith | No contact | (207) 332-2351 called to collect Nov payment // no contact made // no name on voicemail | |
| | 11/23/2015 | BC | Shawna.Smith | No contact | (207) 332-2351 called to collect Nov payment // no contact made // no name on voicemail | |
| | 12/18/2015 | BC | Shawna.Smith | No contact | (207) 332-2351 called to collect payment // no contact made // does not have full name on the voicemail | |
| | 12/19/2015 | BC | Shawna.Smith | No contact | (207) 332-2351 called to collect payment // no contact made // does not have full name on the voicemail | |
| | 3/9/2016 | BI | regile.cajas | Julie | Vi; Poland, Julie Vi; SSN Vi; Occupancy rfc; : IB call,  borr sttd that she lost her job and she will be starting another jonb in april and sttd that she should be able to make a payment the first week of April, adv borr that her account id $228.01 short to cover her Feb borr understood, sttd that she can mail the difference today and she wants to do RPP  once she is back to work | |
| | 4/7/2016 | BI | Mary.Brown | Julie | tt borrower verified last 4 verified occupancy status rfc borrower states job ended but has gotten another one but wont be full time until may borrower states will send a $500 payment this month and try some kind of PP when is working full time again. | |



EXHIBIT G

PO BOX 25430 • Portland, OR 97298 • Tel. 888.324.3578 • Fax 503.226.4699

| ACCOUNT | DATE/TIME | CATEGORY | REP | CONTACT | SUMMARY | LETTER SENT DATE |
|---|---|---|---|---|---|---|
| | 4/26/2016 | BI | Erica.Battles | Julie | vi last 4 of social security number and occupancy…borrower said she can mail out $500.00 this week..said when she gets paid next week she can mail more out but not sure how much…advsd to send $669.67 to cover March payment..borrower said she will try..said has renters coming in June and should be able to get caught up then……rfd said loss job and only making $10.00 hour… | |
| | 5/11/2016 | BO | Kenneth.Woods | NC | Called poe 207-332-2351 no msg left no vm id. Called home pm 207-332-2361 rec stated vm not yet set up. | |
| | 9/30/2016 | LT | Joey.Yin | LTR111 | Sent Notice of Nonpayment of Property Taxes | |
| | 12/7/2016 | LT | eric.ayles | LTR071 (Demand Letter) | 12/7/2016 - LTR071 (Demand Letter) dated 12/7/2016 with expiration of 1/11/2017 mailed to borrower to property address via first class and Certified RR with certified tracking; 70161370000002518810 (EKA) | |
| | 1/18/2017 | LT | eric.ayles | LTR071 (Demand Letter) | 1/18/2017 - LTR071 (Demand Letter) dated 1/18/2017 with expiration of 2/22/2017 mailed to borrower to mailing and property address via first class and Certified RR with certified tracking; 70161370000002513976 70161370000002513983 (EKA) | |
| | 3/15/2017 | LT | joey.yin | LTR111 | BulkLoanNotesUpload: LTR111: Notice to Delinquent Escrowed BWR Unpaid Taxes | |
| | 7/5/2017 | LT | Misty.Patterson | LTR050 | BulkLoanNotesUpload: LTR050: 45 Day Early Intervention No Contact Letter (All Loans) | |
| | 8/31/2017 | LT | Jeff.pugh | Loss Mitigation Packet | 8/31/20017: Loss Mitigation Packet Mailed Loss Mitigation Packet to borrower Julie Poland at PO Box 911 Gray, ME 04039 / Sending in preparation for Mediation hearing | |
| | 10/5/2017 | LT | joey.yin | LTR111 | BulkLoanNotesUpload: LTR111: Notice to Delinquent Escrowed BWR Unpaid Taxes | |
| | 11/17/2017 | BC | angela.shephard | TPA | Recvd TPA for Community Concepts, Inc 207.795.4065 phone 207.795.4069 fax. Saved in communications | |
| | 11/17/2017 | LT | Jeff.pugh | Loss Mitigation Packet | Loss Mitigation Packet Faxed Loss Mitigation Packet to authorized 3rd party Community Concepts, Inc. at 207-795-4069 for Loss Mitigation. | |
| | 11/21/2017 | LT | roy.montgomery | LTR022 | BulkLoanNotesUpload: LTR022: Privacy Policy Disclosure | |
| | 1/8/2018 | LT | Misty.Patterson | LTR050 | BulkLoanNotesUpload: LTR050: 45 Day Early Intervention No Contact Letter (All Loans) | |

| ACCOUNT | DATE/TIME | CATEGORY | REP | CONTACT | SUMMARY | LETTER SENT DATE |
|---|---|---|---|---|---|---|
|  | 1/11/2018 | BI | julia.rust | Matthew Kelly; Kelly Bettger |  |  |
|  | 4/20/2018 | LT | sophia.makris | LTR129 | Cancel Insurance Escrow |  |
|  | 7/25/2018 | LT | kim.barney | LTR001 | BulkLoanNotesUpload: LTR001: CFPB Force-Placed Insurance First Notice |  |
|  | 7/25/2018 | LT | Misty.Patterson | LTR050 | BulkLoanNotesUpload: LTR050: 45 Day Early Intervention No Contact Letter (All Loans) |  |
|  | 8/29/2018 | LT | kim.barney | LTR002 | BulkLoanNotesUpload: LTR002: CFPB Force-Placed Insurance Second Notice |  |
|  | 9/26/2018 | LT | Chris.kujellis | LTR111 | BulkLoanNotesUpload: LTR111: Notice to Delinquent Escrowed BWR Unpaid Taxes |  |

| ACCOUNT | DATE/TIME | CATEGORY | REP | CONTACT | SUMMARY | LETTER SENT DATE |
|---|---|---|---|---|---|---|
| | 10/24/2018 | LT | shawna.smith | A002 | A002: Loan Modification Agreement<br>From: Shawna Smith<br>To: Julia Rust<br>Subject: RE:              _Julie Poland_Direct Maine Mod_ 1st payment<br>12/1/2018 Julia- Attached is the direct modification for this Maine loan<br><br>Shawna Smith<br>Gregory Funding<br>PO Box 25430 |Portland OR 97298<br>P Toll free 866-712-5698| F 866 712 5697<br>HYPERLINK "http://www.gregoryfunding.com/"http://www.gregoryfunding.com<br>Under the Fair Debt Collection Practices Act this is an attempt to collect a debt and any information obtained will be used for that purpose. However, in the event the recipient has been discharged pursuant to or is under the protection of federal bankruptcy law, this correspondence is not an attempt to collect the debt against you personally, but is notice of a possible enforcement of the lien against the collateral property.<br><br>CONFIDENTIALITY NOTICE: This electronic mail transmission may contain legally privileged, confidential information belonging to the sender. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or taking any action based on the contents of this electronic mail is strictly prohibited. If you have received this electronic mail in error, please contact sender and delete all copies.<br><br>From: Giovanni Lopez<br>Sent: Tuesday, October 23, 2018 3:36 PM<br>To: Misty Patterson<br>Cc: Shawna Smith; Julia Rust; Michael Balle<br>Subject: FW:              _Julie Poland_Direct Maine Mod_ 1st payment | |
| | 11/5/2018 | BI | kevin.simpson | Julie | 12/1/2018<br>Ver acc info, Owner occ. BK scirpt provided, Chapter 13 filed for BK 11/5/18. 18-20630 BK atty Pro Se. | |
| | 11/13/2018 | LT | Todd.arola | LTR022 | BulkLoanNotesUpload: LTR022: Privacy Policy Disclosure | |
| | 3/4/2019 | LT | yunhao.tom | LTR159 | BulkLoanNotesUpload: LTR159_Step Rate Notice | |
| | 3/21/2019 | LT | Chris.kujellis | LTR111 | BulkLoanNotesUpload: LTR111: Notice to Delinquent Escrowed BWR Unpaid Taxes | |
| | 4/18/2019 | BC | terah.dolleman | Court docs | Court docs rcv'd from Bayview listing court docket. Saved in the communications folder. | |
| | 8/21/2019 | LT | Todd.arola | LTR371 | BulkLoanNotesUpload: LTR371: Hazard - 1st Notice | |
| | 8/21/2019 | LT | Todd.arola | LTR372 | BulkLoanNotesUpload: LTR372: Hazard - 2nd Notice | |
| | 9/4/2019 | BI | kathryn.kies | Julie | VI: SSN // RFC: borr is calling to advise that she filed CHPT 7 bankruptcy today in Cumberland County (Pro-Se), Case # 19-20451 // NFQ's | |
| | 9/9/2019 | LT | Todd.arola | LTR373 | BulkLoanNotesUpload: LTR373: Hazard - FPI Placed | |
| | 9/11/2019 | LT | Misty.Patterson | LTR170 | BulkLoanNotesUpload: LTR170: 45 Day Early Intervention Letter - BK | |
| | 9/18/2019 | LT | Todd.arola | LTR373 | BulkLoanNotesUpload: LTR373: Hazard - FPI Placed | |
| | 6/16/2020 | LT | Olga.Abdoullaeva | LTR010 | LTR010: Notice of Sale of Ownership of Mortgage Loan | |
| | 3/6/2021 | LT | Todd.arola | LTR111 | LTR111: Notice to Delinquent Escrowed BWR Unpaid Taxes | |
| | 4/7/2022 | BO | Sundra.wiggins | Julie | IB >> TT Bwr >> VI Loan ID >> VI Bwr Name >> VI SSN >> VI Occ >> BK Script >> RFC: "Wanting to know her options for hardship assistance." >> I discussed the sale date reflecting on the loan of 04/19/2022 and adv she could submit an application for LM assistance but due to the crunch time and high volume of applications for LM, I couldn't guarantee her there's enough TAT before the sale date, to review the application and be able to offer anything but adv she still try and submit. I provided her with the phone number for the ME-Bureau's FC Prevention line 1-888-664-2569 and the weblink to the ME-HAF program but adv that program doesn't go live until 05/02/2022, per the website info. I also provided her with the name of the FC firm that reps GF in the FC and the phone number. >> She adv she has not received any notification or documents regarding the FC status nor sale date so she will be inquiring with the FC attorney's. >> Her intention is to keep her home. >> Summarized Call >> NFQ >>EOC | |

| ACCOUNT | DATE/TIME | CATEGORY | REP | CONTACT | SUMMARY | LETTER SENT DATE |
|---|---|---|---|---|---|---|
|  | 4/12/2022 | BO | alexander.grotta | Julie | CB >> TT Poland, Julie >> VI Loan ID >> VI Prop Addy >> VI SSN >> VI Occ >> MM >> Borr said she faxed the MOD ap yesterday.  ADV no documents are showing as been logged in.  ADV it takes 24 to 48 hours to the logged in the system.  Borr said she will call back tomorrow. >> Summarized Call >> NFQ >> EOC |  |
|  | 4/14/2022 | LT | shelley.magar | LTR145 | Reason for Denial: Sale Date<br>Mailed LTR145 Loss Mit Denial on 4/14/2022 via USPS to:<br>Julie Poland<br>PO Box 911<br>Gray, ME 04039-0911 |  |
|  | 4/18/2022 | LT | SWBC | LTR374 | SWBC LetterLog Import, LTR374: Hazard - FPI Placed | 2022-04-11 |