# Cumberland County Sheriff's Office

Civil Deputy Sheriff Charles Plourde
P.O. Box 2197
Windham, ME 04062

Phone #: (207) 653-4107

STATE OF MAINE
CUMBERLAND.ss

DATE: 1/13/2023

I confirm that on that day, August 22, 2019 I made service on the within name <u>Julie Poland</u> by serving a copy of said summons and all accompanied papers in hand at 12 Keren Dr Gray, ME.

*Charles Plourde*
_____
Charles Plourde    Civil Deputy Sheriff


EXHIBIT J