Regulatory Licensing & Permitting



DEPARTMENT OF PROFESSIONAL AND FINANCIAL REGULATION
BUREAU OF INSURANCE

# JULIE R. POLAND

## PRODUCER RESIDENT

License Number: PRR271080
Status: Withdrawn/Terminated by Licensee
First Licensure: 07/20/2016
Cancel Date: 08/28/2019
Renewal Date: 08/28/2019

Mailing: GRAY, ME 04039
Phone: +1 (207) 536-0074
Email: julie.r.poland@gmail.com

## History

| License Type | Start Date | End Date |
|---|---|---|
| PRODUCER RESIDENT | 07/20/2016 | 08/27/2019 |

## Agency

None.

## Employer  (15 records) hide

| Name | Issue Date | License Number | Expiration Date | Cancel Date |
|---|---|---|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY | 10/19/2016 | LHF119 | | 03/08/2019 |
| AMERICAN INCOME LIFE INSURANCE COMPANY | 07/26/2016 | LHF121 | | 09/27/2016 |
| AMERICAN NATIONAL INSURANCE COMPANY | 11/03/2016 | LHF11 | | 08/28/2019 |
| CAPITOL LIFE INSURANCE COMPANY | 11/04/2016 | LHF133 | | 08/28/2019 |
| COMBINED INSURANCE COMPANY OF AMERICA | 11/26/2018 | LHF144 | | 06/11/2019 |
| GOLDEN RULE INSURANCE COMPANY | 09/08/2016 | LHF918 | | 08/28/2019 |
| INDEPENDENT ORDER OF FORESTERS (THE) | 07/19/2018 | FRF29319 | | 08/28/2019 |
| LIFE INSURANCE COMPANY OF THE SOUTHWEST | 11/07/2018 | LHF901 | | 08/28/2019 |
| MAINE COMMUNITY HEALTH OPTIONS | 05/01/2019 | NPD214118 | | 08/28/2019 |
| NATIONAL HEALTH INSURANCE COMPANY | 09/02/2016 | LHF917 | | 08/28/2019 |
| SIERRA HEALTH AND LIFE INSURANCE COMPANY INC. | 09/04/2018 | LHF58195 | | 06/06/2019 |
| UNITED OF OMAHA LIFE INSURANCE COMPANY | 08/10/2018 | LHF28 | | 12/20/2018 |
| UNITEDHEALTHCARE INSURANCE COMPANY | 09/04/2018 | LHF700 | | 06/06/2019 |
| UNITEDHEALTHCARE INSURANCE COMPANY OF AMERICA | 09/04/2018 | LHF983 | | 06/06/2019 |
| WASHINGTON NATIONAL INSURANCE COMPANY | 04/16/2019 | LHF294 | | 08/28/2019 |

## Authority  (2 records) hide

| Description | Issue Date | Termination Date | Status |
|---|---|---|---|



EXHIBIT K

| Description | Issue Date | Termination Date | Status |
|---|---|---|---|
| HEALTH | 07/20/2016 | 08/28/2019 | Terminated |
| LIFE | 07/20/2016 | 08/28/2019 | Terminated |

## License/Disciplinary Action

None.

# GENERAL INFORMATION

### NAIC Information
National Producer Number (NPN): 18027086

### CE Courses  (3 records) hide

| Date | Description | Course Number | Content Areas |
|---|---|---|---|
| 12/03/2018 | LONG TERM CARE | 20657 | 8 credits in Long Term Care<br>Total: 8 |
| 12/03/2018 | ETHICS FOR AGENTS | 23433 | 3 credits in Ethics<br>Total: 3 |
| 12/03/2018 | OVERVIEW OF LIFE & HEALTH INSURANCE | 20885 | 13 credits in General Education<br>Total: 13 |

An active license/permit may still be subject to limitations and restrictions as a result of disciplinary action imposed. Please contact the specific licensing board about specific disciplinary actions.

Date: 01/12/2023 06:47:10 PM